UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-00777 |
| | ) | |
| KYLE WADE, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: CASSLING |

NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: nmatranga@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in their stead at **219 S. Dearborn Street, Chicago, IL 60604**, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Plan**, at which time and place you may appear.

    Judge: CASSLING
    Court: 619
    Date: September 12, 2019
    Time: 10:00 a.m.

PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: August 12, 2019      /s/ Michael R. Colter, II
                                                                       Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Kyle E. Wade
7711 Hoyne Avenue
Chicago, IL 60620

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W. Jackson, Suite 600
Chicago, IL 60604

Sprint Corp
Attention Bankruptcy
PO Box 7949
Overland Park, KS 66207-0949

Cashcity Loans
7756 Madison St unit 4
River Forest, IL 60305

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg PA 17106-9184

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794-9035

Department of Treasury
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-00777 |
| | ) | |
| KYLE WADE, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: CASSLING |

## MOTION TO MODIFY CHAPTER 13

NOW COMES the Debtor, **KYLE WADE**, by and through his attorneys, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois Eastern Division.

2) On January 11, 2019, the Debtor filed a petition for relief under Chapter 13 of Title 11 USC.

3) This Court entered an order confirming the Plan on March 7, 2019. After confirmation, three creditors filed their proofs of claim prior to their respective claims bar date. The creditors who filed these claims were the U.S. Department of Education, Illinois Department of Revenue, and the Internal Revenue Service.

4) Trustee Tom Vaughn filed a motion to dismiss Debtor's case because the Plan is set to run 68 months beyond the date of confirmation.

5) Debtor seeks to modify his plan under 11 USC § 1329 to increase his plan payment to $275.00 per month so his Plan completes within 60 months.

6) Debtor can afford the increase in plan payment by tightening his budget.

WHEREFORE, the Debtor, **KYLE WADE**, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor