## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | 19-00777 |
|---|---|---|
| | ) | |
| KYLE E. WADE, | ) | Chapter 13 |
| | ) | |
| | ) | Judge CASSLING |
| Debtor(s). | ) | |

### NOTICE OF MOTION

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.EFT@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

**The following party(s) have been served via regular US mail:**
See attached service list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead, at 219 S. Dearborn, Chicago, IL 60604, and present the attached **Motion to Allow Debtor to Incur Additional Debt and Shorten Notice**, at which time and place you may appear:

| | |
|---|---|
| JUDGE: | Cassling |
| ROOM: | 619 |
| DATE: | January 30, 2020 |
| TIME: | 9:30 a.m. |

/s/Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

### PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on January 14, 2020 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

**The following party(s) have been served via regular US mail:**

Kyle E. Wade
7711 S. Hoyne Ave.
Chicago, IL  60620

LVNV Funding
Resurgent Capital Services
P.O. Box 10587
Greenville, SC  29603-0587

City of Chicago, Dept. of Finance
c/o Arnold Scott Harris
111 W. Jackson, Ste. 600
Chicago, IL  60604

Sprint Corp.
Attn: Bankruptcy
P.O. Box 7949
Overland Park, KS  66207-0949

Cashcity Loans
7756 Madison St., Unit 4
River Forst, IL  60305

US Dept. of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA  17106-9184

Illinois Dept. of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL  62794-9035

Dept. of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | 19-00777 |
|---|---|---|
|  | ) |  |
| KYLE E. WADE, | ) | Chapter 13 |
|  | ) |  |
|  | ) | Judge CASSLING |
| Debtor(s). | ) |  |

## MOTION TO ALLOW DEBTOR TO INCUR ADDITIONAL DEBT AND SHORTEN NOTICE

NOW COMES the Debtor, by and through his attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On January 11, 2019 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on March 7, 2019. Tom Vaughn was appointed Trustee in this case.

3. The Debtor's Chapter 13 plan provides for payments of $275.00 monthly for an initial plan term of 36 months, with payments to the General Unsecured Creditors of 10% of their allowed claims.

4. That at the time of filing Debtor owned and possessed a 2003 Nissan Murano. This auto is no longer running, and it is not worth it to fix a 16 year old vehicle.

5. Debtor requires a replacement vehicle for a successful reorganization. Debtor desires to purchase a replacement vehicle (2016 Nissan Rogue) from Motor World. (See attached Exhibit A.)

6. That Debtor has the ability to pay for said vehicle by adjusting his budget as needed, even if his budget will be tight. (See attached Exhibit B.)

7. That Debtor is current with his plan payments, is on payroll control, and no creditors shall be prejudiced by the granting of this motion.

WHEREFORE, the Debtor, Kyle E. Wade, prays that this Honorable Court grant the Motion to Allow Debtor to Incur Additional Debt.

Respectfully Submitted,

/s/Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

Stock Form No. IFI-26 (Rev. 7/17)
Copyright 2017, ILLIANA FINANCIAL, INC. Elmhurst, IL (All Rights Reserved)
Reorder from ILLIANA FINANCIAL, INC.
1-800-942-2240

Form No. IFI-26 (Rev. 7/17)

## RETAIL INSTALLMENT CONTRACT – MOTOR VEHICLE – SIMPLE INTEREST

### FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ N/A |
|---|---|---|---|---|
| 16.75 % | $ 12024.16 | $ 20321.84 | $ 32346.00 | $ 32346.00 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 449.25 | monthly beginning 02/05/20 |
| N/A | $ N/A | N/A |

**Security:** You are giving a security interest in the goods being purchased and in any moneys, credits or other property of yours in the possession of the Assignee, on deposit or otherwise.

**Late Charge:** If any payment is ten (10) days late, you will be charged: I) 5% of the installment if the installment is in excess of $200.00; or II) $10.00 if the installment is for $200.00 or less.

**Prepayment:** You have the right to prepay the unpaid balance in full or in part at anytime without penalty.
See your contract terms below and on the reverse side for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and further information about security interests.

Buyer(s) KYLE WADE
(Names)
771 S HOYNE, CHICAGO, IL 60620
(Address) (City) (State) (Zip)

Buyer(s) _____
(Names)
_____
(Address) (City) (State) (Zip)

Seller Motor World, Inc.
(Corporate Firm or Trade Name)
550 Roosevelt Rd., Glen Ellyn, IL, 60137
(Business Address) (City) (State) (Zip)

### Itemization of Amount Financed

| | |
|---|---|
| 1. Cash Price | $ 18195.00 |
| Less Cash Downpayment | $ N/A |
| Less Other Downpayment (describe) N/A | $ N/A |
| Value of Trade-In | |
| Trade $ N/A | |
| Lien Payoff $ N/A | |
| Net Trade | $ N/A |
| 2. Total Downpayment (if negative enter "0" and see "Unpaid Balance Due on Trade-In" below) | $ N/A |
| 3. Unpaid Balance of Cash Price | $ 18195.00 |
| Amount Paid to Others for You "WE MAY BE RETAINING A PORTION OF THIS AMOUNT" | |
| Unpaid Balance Due on Trade-In | $ N/A |
| Year, Make, Model of Buyer's Trade-In (Paid to) N/A | |
| *Insurance Companies: | |
| N/A | $ N/A |
| N/A | $ N/A |
| N/A | $ N/A |
| Public Officials (Licenses, Title & Taxes) | $ 1826.84 |
| *Paid to ERT Service Provider for Optional ERT Fee | $ N/A |
| Other Charges (describe): | |
| N/A | $ N/A |
| *To N/A | $ N/A |
| *To N/A | $ N/A |
| *To N/A | $ N/A |
| *To N/A | $ N/A |
| *To N/A | $ N/A |
| *To DOC FEE | $ 300.00 |
| 4. Total Other Charges & Amount Paid to Others for You | $ 2126.84 |
| 5. Amount Financed (3 + 4) | $ 20321.84 |

Seller hereby sells and Buyer or Buyers, jointly and severally, hereby purchase the following motor vehicle with accessories and equipment thereon for the deferred payment price and on the terms set forth in this contract. Buyer acknowledges delivery and acceptance of said motor vehicle.
The vehicle will be used primarily for personal, family, household or agricultural purposes. However, if the following box is checked the vehicle will be used primarily for business or commercial purposes: ☐

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Vehicle Identification Number | Body Color | Odometer | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| USED | 2016 | NISSAN | ROGUE | SUV | 4 | KMNAT22BFGR5643BR | RED | 36500 | N/A |

Buyer Promises to pay to the order of Seller at the offices of: _____ (Assignee) located in _____
the Amount Financed shown above together with a Finance Charge on the principal balance of the Amount Financed from time to time unpaid at the rate of 16.75 % per annum from date until maturity in 71 Installments of $449.25 each and a final installment of $449.25 beginning on February 05 2020 and continuing on the same day of each successive month thereafter until fully paid. All payments shall be applied first to accrued Finance Charge and the balance to principal. The Finance Charge has been computed on the scheduled unpaid balances of the Amount Financed on the assumption that all scheduled installments will be paid when due. "Guarantor," if any, guarantees collection of all amounts due under this contract upon failure of the Seller to collect from the Buyer named herein. "Holder" means the motor vehicle retail Seller, sales finance agency, or any other Assignee that purchases or makes a loan upon the security of this retail installment contract.

**ILLINOIS NOTICE REGARDING USED VEHICLES:**
The following applies only if the vehicle is a used vehicle and is not an antique vehicle as defined in the Illinois Vehicle Code, or a collector motor vehicle and does not apply to a vehicle with more than 150,000 miles at the time of sale.
Illinois law requires that this vehicle will be free of a defect in a power train component for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. "Power train component" means the engine block, head, all internal engine parts, oil pan and gaskets, water pump, intake manifold, transmission, and all internal transmission parts, torque converter, drive shaft, universal joints, rear axle and all rear axle internal parts, and rear wheel bearings. You (the consumer) will have to pay up to $100 for each of the first 2 repairs if the warranty is violated.

**Attention consumer:** sign here only if the Seller has told you that this vehicle has the following problem or problems and you agree to buy the vehicle on those terms:
1. N/A
2. N/A
N/A

_____ N/A _____
Buyer Signature

N/A Date

# EXHIBIT B

Fill in this information to identify your case:

Debtor 1  **Kyle E. Wade**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number  **19-00777**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ■ No

   | Do not list Debtor 1 and Debtor 2. | ☐ Yes. Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|---|
   | Do not state the dependents names. | | | | ☐ No ☐ Yes |
   | | | | | ☐ No ☐ Yes |
   | | | | | ☐ No ☐ Yes |
   | | | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.  4. $ 600.00

   If not included in line 4:

   4a. Real estate taxes                                                4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance                     4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses                    4c. $ 24.00
   4d. Homeowner's association or condominium dues                      4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ 0.00

Official Form 106J                       Schedule J: Your Expenses                       page 1

Debtor 1  **Kyle E. Wade**                                             Case number (if known) **19-00777**

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 150.00
   - 6b. Water, sewer, garbage collection — 6b. $ 0.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 325.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 400.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 25.00
10. **Personal care products and services** — 10. $ 25.00
11. **Medical and dental expenses** — 11. $ 52.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 228.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 0.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 150.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 450.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: — 21. +$ 0.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 2,429.00
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 2,429.00

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 2,704.00
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 2,429.00
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ 275.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.  Explain here:

Official Form 106J                                              Schedule J: Your Expenses                                              page 2